JOHN WAGNER, Appellant, *v.* THE LONG ISLAND RAILROAD COMPANY, Respondent.

(Argued June 22, 1877; decided September 25, 1877.)

THIS action was tried by a jury who rendered a verdict for plaintiff for $325.80. A motion for a new trial on the

minutes was made at Circuit and denied, and appeal to the General Term taken from the order and from judgment entered upon the verdict. The General Term reversed the judgment and granted a new trial. (Reported below, 2 Hun, 633.) *Held*, that there were two insuperable objections in the way of the appeal. First. That an appeal to this court would not lie in such a case. (*Wright* v. *Hunter*, 46 N. Y., 409; *Sands* v. *Crook*, id., 567.) Second. That the amount in controversy was less than $500, and this court therefore had no jurisdiction.

*George Miller*, for appellant.

*Robert S. Green*, for respondent.

RAPALLO, J., reads for dismissal of appeal.
All concur.
Appeal dismissed.